**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:11CR131** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MICHAEL McCLURE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on its own motion. The Defendant has pleaded guilty and been sentenced in the Eastern District of Virginia on the charge filed in this Court. Therefore,

IT IS ORDERED that the Clerk shall close this case.

DATED this 1st day of September, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge